UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   :
                                  Cr. No. 15-168   (KSH)
v.                             :

DARLENE COVINGTON              :   ORDER FOR CONTINUANCE

      This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant Darlene Covington (Gregory Tomczak, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from January 4, 2016 through March 5, 2016; the defendant being aware that she has the right to have this matter brought to trial within seventy (70) days of date the defendant appeared before a judicial officer of this court; and the defendant through her attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown, IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.    The parties are negotiating a plea disposition, which if successfully negotiated, would render trial of this matter unnecessary;

      2.    Defendant has consented to the aforementioned continuance;

      3.    The grant of a continuance will likely conserve judicial resources;

      4.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

5. Post Indictment, this is the fifth continuance order requested in the case.

WHEREFORE, it is on this 6th day of January 2016, ORDERED that the proceedings in the above-captioned matter are continued for the sixty day period, from January 4, 2016 through March 5, 2016; and

IT IS FURTHER ORDERED that the period from January 4, 2016 through March 5, 2016; shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Katharine S. Hayden
United States District Judge

I hereby consent to the form and entry of this order:

_____
Gregory Tomczak, Esq.
Attorney for Darlene Covington

_____
Sharon Ashe, Esq.
Assistant United States Attorney